PEOPLE V DENGEL, No. 152122; Court of Appeals No. 319940. Leave to appeal denied at 499 Mich 857.

PEOPLE V KANE, No. 151661; Court of Appeals No. 318237. Leave to appeal denied at 499 Mich 855.

CADLE COMPANY V ROBINSON, No. 151871; Court of Appeals No. 324863. Leave to appeal denied at 499 Mich 856.

NOTTINGHAM VILLAGE CONDOMINIUM ASSOCIATION V PENSOM, No. 151874; Court of Appeals No. 319552. Summary disposition at 499 Mich 852.

STRICKLAND V SECRETARY OF STATE, No. 152240; Court of Appeals No. 327466 . Leave to appeal denied at 498 Mich 952.

*Leave to Appeal Denied May 6, 2016:*

HARDY V LAURELS OF CARSON CITY, LLC, No. 150882; Court of Appeals No. 317406. On April 7, 2016, the Court heard oral argument on the application for leave to appeal the December 11, 2014 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is denied, because we are not persuaded that the questions presented should be reviewed by this Court.

ROBERTS V SALMI, No. 150919; Court of Appeals No. 316068. On order of the Court, leave to appeal having been granted and the briefs and oral arguments of the parties having been considered by the Court, we vacate our order of September 16, 2015. The application for leave to appeal the December 18, 2014 judgment of the Court of Appeals is denied, because we are no longer persuaded that the questions presented should be reviewed by this Court.